FILED: April 22, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6469
(1:08-cr-00233-TDS-1)
(1:12-cv-00571-TDS-JLW)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CLEVE ALEXANDER JOHNSON, a/k/a Cuz

  Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal opening brief to 05/16/2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk